3-15-2022
@ 8:40 PM



# COMMONWEALTH OF VIRGINIA



ARLINGTON CIRCUIT COURT
Civil Division
1425 NORTH COURTHOUSE RD
ARLINGTON VA
(703) 228-7010

Summons

To: MATTHEW RUECKERT
2389 SAWYERS POND DRIVE
JOHNSON CITY TN 37604

Case No. 013CL22000634-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Friday, March 04, 2022

Clerk of Court: PAUL F. FERGUSON

by _____
(CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name: EARLEY, JUSTIN WHITMEL
303 W BROAD ST UNIT 307
RICHMOND VA 23220

# COMMONWEALTH OF VIRGINIA



ARLINGTON CIRCUIT COURT
Civil Division
1425 NORTH COURTHOUSE RD
ARLINGTON VA
(703) 228-7010

Summons

To: ANGELA JARRETT
203 W GILMER PARK
JOHNSON CITY TN 37604-3888

Case No. 013CL22000634-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Friday, March 04, 2022

Clerk of Court: PAUL F. FERGUSON

by _____
(CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name: EARLEY, JUSTIN WHITMEL
303 W BROAD ST UNIT 307
RICHMOND VA 23220

# COMMONWEALTH OF VIRGINIA



ARLINGTON CIRCUIT COURT
Civil Division
1425 NORTH COURTHOUSE RD
ARLINGTON VA
(703) 228-7010

Summons

To: KRISTEN BACON
213 ALLISON CT
PINEY FALLS TN 37686-4038

Case No. 013CL22000634-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Friday, March 04, 2022

Clerk of Court: PAUL F. FERGUSON

by _____ (CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name:  EARLEY, JUSTIN WHITMEL
303 W BROAD ST UNIT 307
RICHMOND VA 23220