IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

URBAN STRATEGIES, LLC,
    Plaintiff,

v.

MATTHEW RUECKERT, et al.,
    Defendants.

No: 1:22-cv-371 (MSN/JFA)

## ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (Dkt. No. 11) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing just and proper to do so, it is hereby

**ORDERED** that the parties' Joint Stipulation of Dismissal with Prejudice (Dkt. No. 11) is **GRANTED**; it is further

**ORDERED** that this action is **DISMISSED WITH PREJUDICE** and with each party bearing its own costs and attorney's fees.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so **ORDERED**.

/s/
Michael S. Nachmanoff
United States District Judge
Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
June 9, 2022